

1   McGREGOR W. SCOTT
    United States Attorney
2   STANLEY A. BOONE
    SHEILA K. OBERTO
3   Assistant U.S. Attorneys
    4401 Federal Building
4   2500 Tulare Street
    Fresno, California 93721
5   Telephone: (559) 497-4000



SEP 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   IN THE MATTER OF THE          )   S.W. NO.
    SEARCHES OF:                  )
10                                )   UNDER SEAL  1:08 SW   00203 GSA
    622 KENSINGTON ST.,           )
11  DELANO, CALIFORNIA 93215      )   ORDER SEALING SEARCH WARRANT
                                  )   AFFIDAVIT
12  900 SUSAN ST. APT. 31         )
    DELANO, CALIFORNIA 93215      )
13                                )
    14989 AVE. 88,                )
    PIXLEY, CALIFORNIA            )
14                                )
                                  )
15

16       The United States of America, having applied to this

17  Court, for an Order permitting it to file the search warrant

18  and applicants and affidavits in the above-entitled

19  proceedings, together with its Application to Seal, Memorandum

20  of Points and Authorities and the accompanying Declaration of

21  Stanley A. Boone, under seal, and good cause appearing

22  therefor,

23       IT IS HEREBY ORDERED that the search warrant affidavit in

24  the above-entitled proceeding, together with the Application To

25  Seal of the United States Attorney and the accompanying

26  Memorandum of Points and Authorities and Declaration of Stanley

27  //

28  //

    //

                                    1

1   A. Boone, shall be filed with the Court in camera, under seal

2   and shall not be disclosed pending further order of this court.

3

4

5   DATED: 9/24/08

6
        GARY S. AUSTIN
        U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1